RECEIVED
FEB 2 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
MAR 1 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| JANETTE R. LANDRUM | * | CIVIL ACTION NO. 06-845 |
| VERSUS | * | JUDGE DOHERTY |
| GEICO GENERAL INS. CO. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that this action be DISMISSED WITHOUT PREJUDICE due to lack of federal jurisdiction.

Lafayette, Louisiana, this 13 day of March, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE